Therase L. Warren
Case No. 03-1996
Federal Correctional Institution
P.O Box 33
Terre Haute, IN 47808

Clerk Of Court
700 Federal Building
316 North Robert Street
St. Paul, MN. 55101

CR 02-248 DWF/SRN

June 10, 2005

Regarding: Request for Abeyance of §2255 motion.

I am writing to notify that I have submitted a §2255 application to the court and as of yet, I have not recieved any documents to inform me that the application was recieved. So I am requesting confirmation of its arrival. In addition, I would like also request that the preliminary consideration of the motion be put in abeyance for at least 45 days, until I can submitt the memorandums and case laws in support of the §2255, and also supplementiary motions.

Thank You
Sincerely,
Therase Warren

RECEIVED
BY MAIL
JUN 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUN 15 2005
U.S. DISTRICT COURT ST. PAUL