RECEIVED
BY MAIL
JUL 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Therase Lashown Warren
Petitioner,

V.

United States Of America
Respondant,

Criminal Case No. 02-248 (DWF/SRN)

Civil Case No. 05-805 (DWF)

**REPLY TO THE GOVERNMENT RESPONSE
TO THE EXTENTION OF TIME**

Comes noe petitioner Therase L. Warren, acting pro se, in the above matter:

The petitioner Therase L. Warren submitted a petition for an extention of time for §2255 supplementaries and memerandums. The Prosecutors response to the request was as follows:

The United STates does not object to Warren's request **so long** as he does not attempt to file any new claims after the one-year statue of limitation for filing Section §2255 petitions has elapsed.

The petitioner Therase L. Warren disputes the United States response do to the fact that **Dobbs v. United States** gives the petitioner one year from the date of a new **Supreme Court** ruling to file any new claim to bring relief by §2255 as long as it is timely. **United States v. Booker** began January 12, 2005, so therefor the petitioner has until January 11, 2006 to add any new claims and supplementaries and memerandums to the §2255 petition.

Surely the **United States** is aware of this ruling and it should be also noted that the petitioner has an additional 90 days added to the one-year statue of limitations do to the fact that there was no filing for certiorari.

SCANNED
JUL 22 2005
U.S. DISTRICT COURT ST. PAUL

Wherefor the petitioner prays that this court grants this motion enlight of )**UNITED STATES v. Dobbs** in a **Supreme Court** ruling to file any new claim within one-year.

Respectfully Submitted,

Therase Warren

Therase Lashown Warren

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing motion was to United States Attorney JEFFREY S. PAULSEN and the Clerk of the Court In **IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA.** Under the penalty of purgery 28,**USC,1746.**

Therase Warren

**Therase L. Warren**
**FCI**
**P.O. Box 33**
**Terre Haute,IN.407808**

Signed before me July 18, 2005
Mary Ellen Collins, Notary
State of Indiana
County of Vigo
Com. exp. 03-22-2008