Therase L. Warren
Federal Correctional Institution
P.O.Box 33
Terre Haute, IN. 47808

CR 02-248(DWF/SRN)

RECEIVED
BY MAIL
AUG 04 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of the Court
700 Federal Building
316 North Robert Street
St.Paul, MN. 55101

July 28, 2005

**Re:§2255 Motion**

Petitioner is submitting a request for another time extention, due to the fact that the petitioners orginal brief and memorandums have been misplaced or even lost during transfer from one facility to another. The petitioner has tried without success to locate the missing materials. Therefor I have no other choice but to ask the court for an additional **(60-days)** to prperly prepare and submitt another bfief and memorandums and supplementaries.

Respectfully submitted this of **July 28th,2005.**

Under penalty of purgery **(28.U.S.C,1746).** I Therase L. Warren, hereby sware that the above is true to the best of my knowledge.

Thank You
Respectfully,
Therase L. Warren

SCANNED
AUG 04 2005
U.S. DISTRICT COURT ST. PAUL