CERTIFICATE OF SERVICE CR 02-248 DWF/SRN

THIS WILL CERTIFY that a true copy of the Motion to Amend Pleading Pursuant to Rule 15 has been provided respondent by placing it in a sealed envelope, first class postage prepaid, and depositing it in the legal mail receptacle at the institution addressed as follows:

Jeffrey Paulsen, AUSA
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

on this 11th day of August, 2005. I, Therase LaShown Warren, declares that the above certificate and attached motion is true and correct, under the penalty of perjury, as provided by 28 U.S.C. § 1746.

Therase L. Warren

Therase LaShown Warren, affiant