CR 02-248
DWF/SRN

## CERTIFICATE OF SERVICE

I, Therase Lahown Warren, certify that I have sent a copy of this Memorandum of Law in support of Motion Pursuant to Title 28 U.S.C. §2255 with sufficient first class postage to the following:

Mr. Jeffrey Paulsen, AUSA
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN. 55415

On this 7th day of October, 2005. I, Therase Lashown Warren, declare that the above certificate and attached Memorandum of Law is true and correct, under penalty of perjury, as provided by 28 U.S.C. §1746.

Dated this day of October 7, 2005,

Therase S Warren

Therase Lashown Warren, pro se
10553-041
Federal Correctional Institution
P.O.Box 33
Terre Haute, IN. 47808