# CERTIFICATE OF SERVICE

THERASE WARREN,

Petitioner,

v. Case Number: Cr. 02-248(DWF)

UNITED STATES OF AMERICA, Cvl. 05-805(DWF)

Respondent.

I hereby certify that on October 31, 2005, I served, or caused to be served, the following documents:

Memorandum of the United States In Opposition to Warren's Petition Under 28 U.S.C. 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Therase Warren
#10553-041
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt
BY: LISA WYATT
Legal Assistant