IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
NOV -9 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Therase Lashown Warren,
Petitioner/Movant,

v

United States of America,
Respondent.

Civil Case No. 05-CV-805 (DWF)
CR 02-248 DWF/SRN

MOTION FOR AN EXTENSION OF TIME TO RESPOND TO UNITED STATES MEMORANDUM IN OPPOSITION OF MOVANT'S MEMORANDUM OF LAW

Comes now petitioner/movant, Therase Warren, pro se, And asks this Honorable Court for an extension of (30) days to respond properly to the United States Memorandum in opposition of the movant's Memorandum of Law.

CERTIFICATE OF SERVICE

On this 4th day of November, 2005. I, Therase L. Warren, declare that the above motion is true and correct, under the penalty of perjury, as provided by 28 U.S.C. §1746.

SCANNED
NOV 09 2005

Respectfully Submitted,

Therase Warren

Therase Warren, pro se,
10553-041
P.O.Box 33
Terre Haute, IN. 47808