**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff-Respondent,

v.

Therase Lashown Warren, a/k/a "Slow,"

Petitioner-Defendant.

Criminal No. 02-248(1) (DWF/SRN)
Civil No. 05-805 (DWF)

**ORDER**

---

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff-Respondent.

Therase Lashown Warren, *Pro Se*, Petitioner-Defendant.

Gary R. Bryant-Wolf, Esq., Bryant-Wolf Law Office, counsel for Petitioner-Defendant.

---

This matter is before the Court on the Petitioner's self-styled motion to either set aside its Order dismissing Petitioner-Defendant's motion, pursuant to 28 U.S.C. § 2255, or for the Court to reconsider Petitioner-Defendant's motion. Petitioner-Defendant has also requested additional time to file an additional traverse.

Based upon the presentations of Petitioner-Defendant and the very extensive procedural history of this file and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner-Defendant's self-styled motion to set aside the Court's Order of November 14, 2005, or to otherwise reconsider the motion and permit an additional traverse (Doc. No. 71) is respectfully **DENIED**. The Court incorporates into this Order the extensive factual background set forth in its Order of November 14, 2005.

Dated: December 20, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court