**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-1456**

**Therase LaShown Warren, also known as "Slow",**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CIV 05-805 DWF)

---

**ORDER**

The motion to recall the mandate and vacate the judgment has been considered and is granted. The mandate is hereby recalled. The judgment of January 11, 2007 is hereby vacated. The case is reopened.

April 23, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans