# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-1456**

**Therase LaShown Warren, also known as "Slow",**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CIV 05-805 DWF)

---

**MANDATE**

In accordance with the judgment of 04/23/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 23, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit