# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 22, 2007

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
AUG 27 2007
MICHAEL GANS
CLERK OF COURT

Re: Therase LaShown Warren
v. United States
No. 07-6039
(Your No. 06-1456)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 24, 2007 and placed on the docket August 22, 2007 as No. 07-6039.

Sincerely,

**William K. Suter**, Clerk

by Erik A Fossum

Erik A. Fossum
Case Analyst

RECEIVED
AUG 27 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT